# EXHIBIT A

Electronically Filed - Platte - December 17, 2014 - 12:32 PM

IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI

WARREN HRAGYIL          )
                                   )

      **Plaintiff,**         )
                                   )

V.                         )     Case No.:
                                 )     Div.

RONALD PERRYN         )
Serve:                      )
8551 N. Boardwalk Ave.   )
Kansas City, MO 64154    )
                                 )

WALMART STORES EAST LP d/b/a )
WALMART STORE #2857   )
                                 )

Serve Registered Agent:   )
CT Corporation System    )
120 S. Central Ave.      )
Clayton, MO 63105      )
      **Defendant.**     )

## PETITION FOR DAMAGES

     COMES NOW Plaintiff by and through his attorneys, and states the following claims for relief against the defendant, as follows:

     1.     At all times mentioned herein, Plaintiff resided at 7705 N. Everton Ave., Kansas City, MO 64152.

     2.     Defendant Walmart East LP d/b/a Walmart Store #2857, is a limited partnership that is and has transacted business within the state of Missouri, made contracts within the state of Missouri, and has committed a tortious act within the state of Missouri and, therefore, may be served with process by serving registered agent CT Corporation System at 120 S. Central Avenue Clayton, Missouri 63105.

3. Upon information and belief, defendant Ronald Perryn is a resident of Kansas City, Missouri, and can be served by the Platte County Sheriff's Department at Walmart located at the above-referenced address.

4. At all relevant times herein, defendant Perryn was an employee and working within the course and scope of his employment with Defendant Walmart.

5. Jurisdiction and venue are vested in this court in that the occurrence happened in Kansas City, Platte County, Missouri.

6. At all times herein mentioned, defendant Walmart was the owner and/or possessor of the store property located at 8551 North Boardwalk Ave., Kansas City, Missouri 64154.

7. On October 5, 2013, Plaintiff was an invitee and customer at the subject property.

8. While Plaintiff was entering Walmart, a shoplifting suspect, who had been stopped by defendant Perryn for questioning near an exit, fled the store and knocked Plaintiff to the ground.

9. That as a direct and proximate result of the negligence of Defendants, Plaintiff has suffered the following injuries and damages:

>   a. Plaintiff suffered extensive injuries to his right shoulder and right upper extremity;
>
>   b. Plaintiff has incurred in the past medical expenses and will incur medical expenses in the future, the exact amount of which is unknown at this time;
>
>   c. Plaintiff has suffered pain, mental anguish, inconvenience, physical impairment, disfigurement, disrupted and diminished sleep, diminished ability to earn income, and loss of capacity to enjoy life as a direct result of the aforementioned injuries.

d.  The injuries to Plaintiff are permanent and progressive all to the damage of Plaintiff in excess of $25,000.00.

## COUNT I

10.  Plaintiff hereby adopts by reference each and every allegation contained in paragraphs 1 through 9 of this petition.

11.  Defendants owed a duty to protect their customers, including Plaintiff, from unreasonable risks of harm.

12.  Defendant Perryn, acting in the course and scope of his employment with Defendant Walmart, stopped a suspected shoplifter at or near the store's entrance/exit that was being used by store customers, including Plaintiff.

13.  Defendants knew or by using ordinary care should have known that an attempt to stop a suspected shoplifter near a high-traffic area where customers entered and exited the store would subject innocent customers, including Plaintiff, to an unreasonable risk of injury.

14.  Defendants were negligent and failed to use ordinary care to protect their customers, including Plaintiff, from an unreasonable risk of injury in the following particulars:

a.  approaching and/or stopping a suspected shoplifter in close proximity to the store's entrance/exit that was being used by store customers;

b.  failing to warn customers to clear the entrance/exit area to the store before its employee and/or agent approached a shoplifting suspect;

c.  failing to follow store policies and/or procedures directed to approaching or stopping suspected shoplifters in close proximity to the store's entrance/exit;

d.  in other such ways as may be proven by the evidence.

15.    Defendants' negligence directly caused Plaintiff's injuries and damages as set forth in paragraph 9, above.

WHEREFORE, Plaintiff prays for judgment against the Defendants in an amount in excess of $25,000.00 and for such other and further relief as the court deems just and proper.

**PLAINTIFF HEREBY DEMANDS A JURY TRIAL**

Respectfully Submitted,

SCHMITT MULHERN, LLC

Ben T. Schmitt          MO# 36828
Matthew F. Mulhern    MO# 36764
Lesley Renfro Willson  MO# 42843
3100 Broadway, Ste. 1420
Kansas City, Missouri 64111
816.389.4014
816.389.4015 (facsimile)
ben@injuryattorneysm.com
matt@injuryattorneysm.com
lesley@injuryattorneysm.com

Erica N. Perkin
THE PERKIN LAW FIRM, LC
4745 W. 136th St., Suite 100
Leawood, Kansas 66224
816.225.0323
913-402-6001 (facsimile)
EP@PerkinLawKC.com

ATTORNEYS FOR PLAINTIFF

Electronically Filed - Platte - December 17, 2014 - 12:32 PM

IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI

WARREN HRAGYIL     )
            )
  Plaintiff,      )
            )
V.           )  Case No.:
            )  Div.
RONALD PERRYN     )
Serve:         )
8551 N. Boardwalk Ave.   )
Kansas City, MO 64154   )
            )
WALMART STORES EAST LP d/b/a )
WALMART STORE #2857   )
            )
Serve Registered Agent:   )
CT Corporation System    )
120 S. Central Ave.     )
Clayton, MO 63105     )
    Defendant.   )

## ENTRY OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

    COMES NOW Ben T. Schmitt of Schmitt Mulhern, LLC, and hereby enters his

appearance as lead counsel for plaintiff Warren Hragyil in the above-referenced matter.

          Respectfully submitted,

          SCHMITT MULHERN, LLC

          Ben T. Schmitt   MO#36828
          Matthew F. Mulhern  MO#36764
          Lesley Renfro Willson  MO#42843
          3100 Broadway, Suite 1420
          Kansas City, Missouri 64111
          Phone 816-389-4014
          Fax  816-389-4015
          ben@injuryattorneysm.com
          matt@injuryattorneysm.com
          lesley@injuryattorneysm.com
          **ATTORNEYS FOR PLAINTIFF**
          **WARREN HRAGYIL**



# IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI

## NOTICE
## SETTING ON CALENDAR

STATE OF MISSOURI      )
                          ) ss
COUNTY OF PLATTE     )

CASE NO:         14AE-CV03729
NATURE OF SUIT:   CC Pers Injury-Other

WARREN A HRAGYIL
Plaintiff/Petitioner

       v.

RONALD PERRYN
 WALMART STORES EAST LP D/B/A WALMART STORE #2857
Defendant/Respondent

TO:

| WARREN A HRAGYIL 7705 N EVERTON AVENUE KANSAS CITY, MO 64152 | RONALD PERRYN  WALMART STORES EAST LP D/B/A WALMART STORE #2857 8551 N BOARDWALK AVE KANSAS CITY, MO 64151 | MATTHEW F. MULHERN 1000 WALNUT KANSAS CITY, MO 64106 | |
|---|---|---|---|

      You are hereby notified that the referenced case has been set on the calendar as follows:

               Division:        DIVISION 2 COURT ROOM
               Date:           20-MAR-2015
               Time:           09:00 AM
               Setting:         90 DAY DOCKET CALL

Date:   17-DEC-2014

                                     SANDRA L. DOWD
                                     Circuit Clerk, Platte County

V:\LOCTEMPS\TRST.doc



# IN THE 6TH JUDICIAL CIRCUIT COURT, PLATTE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JAMES W VAN AMBURG | Case Number: 14AE-CV03729 |
| Plaintiff/Petitioner:<br>WARREN A HRAGYIL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW F. MULHERN<br>1000 WALNUT<br>KANSAS CITY, MO 64106 |
| Defendant/Respondent:<br>RONALD PERRYN | Court Address:<br>415 3RD STREET |
| Nature of Suit:<br>CC Pers Injury-Other | SUITE 5<br>PLATTE CITY, MO 64079 |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: RONALD PERRYN

**8551 N BOARDWALK AVE<br>KANSAS CITY, MO 64151**



*COURT SEAL OF*

*PLATTE COUNTY*

    You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*Sandra L. Dowd, CC BY:*
*/s/Rebecca l Bradley, DC*

_Wednesday, December 17, 2014_
        Date                                     Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____ .

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____         _____
    Printed Name of Sheriff or Server                             Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

                     Subscribed and sworn to before me on _____ (date).

*(Seal)*

                     My commission expires: _____      _____
                                         Date                            Notary Public

| Sheriff's Fees | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $ | ( _____ miles @ $ _____ per mile) |
| **Total** | $ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* **Document Id # 14-SMCC-1013**      1 of 1      Civil Procedure Form No. 1, Rules 54.01 – 54.05,<br>54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:15-cv-06015-ODS    Document 1-1    Filed 02/05/15    Page 8 of 15



# IN THE 6TH JUDICIAL CIRCUIT COURT, PLATTE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JAMES W VAN AMBURG | Case Number: 14AE-CV03729 |
| Plaintiff/Petitioner:<br>WARREN A HRAGYIL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW F. MULHERN<br>1000 WALNUT<br>KANSAS CITY, MO 64106 |
| Defendant/Respondent:<br>RONALD PERRYN | Court Address:<br>415 3RD STREET<br>SUITE 5<br>PLATTE CITY, MO 64079 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **WALMART STORES EAST LP D/B/A WALMART STORE #2857**

SERVE R/A: CT CORP SYSTEM
120 S CENTRAL AVE
CLAYTON, MO 63105



*COURT SEAL OF*

*PLATTE COUNTY*

     You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*Sandra L. Dowd, CC BY:*

*/s/Rebecca I Bradley, DC*

| Wednesday, December 17, 2014 | Clerk |
|---|---|
| Date | |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____      _____
                       Date                Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* **Document Id # 14-SMCC-1014**      1 of 1      Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:15-cv-06015-ODS    Document 1-1    Filed 02/05/15    Page 9 of 15



*Return S/B*

*Y18*

# IN THE 6TH JUDICIAL CIRCUIT COURT, PLATTE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: JAMES W VAN AMBURG | Case Number: 14AE-CV03729 |
| Plaintiff/Petitioner: WARREN A HRAGYIL | Plaintiff's/Petitioner's Attorney/Address MATTHEW F. MULHERN 1000 WALNUT KANSAS CITY, MO 64106 |
| vs. | |
| Defendant/Respondent: RONALD PERRYN | Court Address: 415 3RD STREET SUITE 5 PLATTE CITY, MO 64079 |
| Nature of Suit: CC Pers Injury-Other | |

**FILED JAN 09 2015**
**SANDRA L. DOWD**
**Clerk of the Circuit Court, Platte County, MO**

## Summons in Civil Case

The State of Missouri to: WALMART STORES EAST LP D/B/A WALMART STORE #2857

SERVE R/A: CT CORP SYSTEM
120 S CENTRAL AVE
CLAYTON, MO 63105

*30 CTCORP B*

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**CIRCUIT COURT OF MISSOURI**

**PLATTE COUNTY**

Wednesday, December 17, 2014
_____
Date

Further Information:

*Sandra L. Dowd, CC BY:*
*/s/Rebecca I Bradley, DC*
Clerk

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☑ other ~~LCW - B. LOVE~~

Served at CT CORP, _____ (address)

in **St. Louis County** _____ (County/City of St. Louis), MO, on **JAN 6 2015** (date) at 9AM (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer.

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date

_____
Notary Public

**DEC 24 2014**

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**DEC 24 2014**

*1/2/15*

*15-SMCC-2*

Case 5:15-cv-06015-ODS   Document 1-1   Filed 02/05/15   Page 10 of 15

SHERIFF'S RETURN OF SERVICE

COUNTY OF PLATTE



STATE OF MISSOURI

CASE # *14AECV03729*

FILED
JAN 2 7 2015
SANDRA L. DOWD
Clerk of the Circuit Court Platte County, MO

1) By delivering on the _____ day of _____, 2014 a copy of the application/petition to the within named respondent/defendant _____ at the following location: _____
_____ at _____ hours.

2) By leaving on the _____ day of _____, 2014, for the within named respondent/defandant _____
of a copy of the application/petition and the order/summons at the respective dwelling place or usual place abode of said respondent / defendant with some person of his or her family over the age of 15 years _____, known to the respondent/defendant as _____ at the following location: _____
_____ at _____ hours.

3) By making a proper and diligent search for and failing to find the within named respondent/defendant Ronald Perryn
at 8551 N Boardwalk, KC, mo.
for the reason that Attempt made no contact
on the 22 day of January, 2014 at 1128 hours.

4) By summoning as garnishee _____
at _____
_____ by serving a copy of the
execution and a copy of the summons to garnishee, on _____
on the _____ day of _____, 2014 at _____ hours.

5) By _____
_____
_____
on the _____ day of _____, 2014 at _____ hours.

All done in my county of Platte, State of Missouri

Fee: $ 30.00
Mileage: $ 20.16
Postage: $ _____
TOTAL DUE: $ _____

MARK S. OWEN, Sheriff
Platte County, Missouri

By: _____ A# 433
Deputy Sheriff

RTN02 (01/07/11)

Paper Type: **SUMMONS**
Service Type:
Issue Date: **12/17/2014**
Court Date:
Receive Date/Time: _____

Signature: **X** _____

Name: **PERRYN RONALD**

Address: **8551 N BOARDWALK AVE**
         **KANSAS CITY MO 64154**
Known To Frequent

Case No: **14AECV3729**
Foreign: ☐

SPECIAL SERVICE:

| DATE | MILES | SERVICE | UNIT |
|------|-------|---------|------|
| 1/8/15 | 1118 | N/C | |
| 1/12/15 | 1326 | N/C | |
| 1/15/15 | 1528 | N/C | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Comments:

5-10    Walmart

1-17

 **IN THE 6TH JUDICIAL CIRCUIT COURT, PLATTE COUNTY, MISSOURI**

| Judge or Division:<br>JAMES W VAN AMBURG | Case Number: 14AE-CV03729 |
|---|---|
| Plaintiff/Petitioner:<br>WARREN A HRAGYIL<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW F. MULHERN<br>1000 WALNUT<br>KANSAS CITY, MO 64106 |
| Defendant/Respondent:<br>RONALD PERRYN | Court Address:<br>415 3RD STREET<br>SUITE 5<br>PLATTE CITY, MO 64079 |
| Nature of Suit:<br>CC Pers Injury-Other | |

<div align="right">(Date File Stamp)</div>

## Summons in Civil Case

The State of Missouri to: RONALD PERRYN

8551 N BOARDWALK AVE
KANSAS CITY, MO 64151



**COURT SEAL OF**

**PLATTE COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*Sandra L. Dowd, CC BY:*

_____
Wednesday, December 17, 2014
Date

*/s/Rebecca I Bradley, DC*
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant's/Respondent's with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server               Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                              Date                              Notary Public

**Sheriff's Fees**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Case 5:15-cv-06015-ODS   Document 1-1   Filed 02/05/15   Page 13 of 15

Electronically Filed - Platte - February 02, 2015 - 12:35 PM

## IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI

WARREN HRAGYIL )
)
      Plaintiff, )
)
V. )    Case No.:   14AE-CV03729
)    Div.:      2
RONALD PERRYN )
Serve: )
1319 NE 68th Ter. )
Kansas City, MO 64118-2727 )
)
WALMART STORES EAST LP d/b/a )
WALMART STORE #2857 )
)
      Defendant. )

### REQUEST FOR ALIAS SUMMONS

I hereby request that an alias summons be issued by the circuit clerk in the case because the first summons was not served on defendant.

I am requesting an alias summons be issued for the following defendant:

(1)    Ronald Perryn, at 1319 NE 68th Ter., Kansas City, MO, 64118-2727, CLAY COUNTY.

Date: February 2, 2015

Respectfully submitted,

**SCHMITT MULHERN, LLC**

  /s/ Ben Schmitt
Ben T. Schmitt     MO#36828
Matthew F. Mulhern   MO#36764
Lesley Renfro Willson   MO#42843
3100 Broadway, Suite 1420
Kansas City, Missouri 64111
Phone 816-389-4014
Fax   816-389-4015
ben@injuryattorneysm.com
matt@injuryattorneysm.com
lesley@injuryattorneysm.com
**ATTORNEYS FOR PLAINTIFF**

1



# IN THE 6TH JUDICIAL CIRCUIT COURT, PLATTE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JAMES W VAN AMBURG | Case Number: 14AE-CV03729 |
| Plaintiff/Petitioner:<br>WARREN A HRAGYIL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW F. MULHERN<br>1000 WALNUT<br>KANSAS CITY, MO 64106 |
| Defendant/Respondent:<br>RONALD PERRYN | Court Address:<br>415 3RD STREET<br>SUITE 5<br>PLATTE CITY, MO 64079 |
| Nature of Suit:<br>CC Pers Injury-Other | |
| | (Date File Stamp) |

## Alias Summons in Civil Case

**The State of Missouri to:** RONALD PERRYN

1319 NE 68TH TER
KANSAS CITY, MO 64118-2727



*COURT SEAL OF*

*PLATTE COUNTY*

     **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

*Sandra L. Dowd, CC BY:*

*Monday, February 02, 2015*     */s/Rebecca I Bradley, DC*

_____     _____
Date                                    Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____ .

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____     _____
Printed Name of Sheriff or Server           Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____     _____
                                 Date                          Notary Public

| Sheriff's Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $  10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* **Document Id # 15-SMCC-81**     1 of 1     Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:15-cv-06015-ODS    Document 1-1    Filed 02/05/15    Page 15 of 15